Submitted February 17, 1981. George F. Schoener, Jr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

443 A.2d 373

Commonwealth v. Oliver, Appellant.

Petition for Allowance of Appeal Denied May 13, 1982.

Submitted January 20, 1981. Joseph Jude Oliver, appellant, in propria persona; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.

443 A.2d 373

Commonwealth v. Owens, Appellant.

Submitted November 9, 1981. Peter E. Horney, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

443 A.2d 374

Commonwealth v. Owens, Appellant.

Argued September 10, 1980. L. Carter Anderson, for appellant; Kenneth Gallant, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

443 A.2d 374

Commonwealth v. Pittman, Appellant.

Submitted March 23, 1981. Bruce D. Foreman, for appel-